IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:08cv476

MARTHA L. WYNHOFF, )
)
    Plaintiff, )
)
vs. )
) **JUDGMENT**
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )
)

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment [Doc. 12] is **DENIED**; the Defendant's Motion for Judgment on the Pleadings [Doc. 14] is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This action is hereby **DISMISSED WITH PREJUDICE**.

Signed: March 24, 2010

Martin Reidinger
United States District Judge